UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JOHN BRIAN CLARK et al.,                                                :
                                                                        :
                                    Plaintiffs,                         :
                                                                        :               26-CV-3276 (JMF)
                    -v-                                                  :
                                                                        :                    ORDER
WALLBOX N.V.,                                                           :
                                                                        :
                                    Defendant.                          :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 21, 2026, Plaintiffs filed a Complaint in which they invoked the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.  *See* ECF No. 1, ¶ 14.  Although Plaintiffs state that "there is complete diversity of citizenship between Plaintiffs and Wallbox," they merely allege Plaintiff Clark's state of residence, not his state of citizenship.  *Id.* ¶¶ 10-11; 14.  This is not enough.  *See, e.g.*, *Davis v. Cannick*, No. 14-CV-7571 (SJF) (SIL), 2015 WL 1954491, at *2 (E.D.N.Y. Apr. 29, 2015) ("[A] conclusory allegation in the Complaint regarding diversity of citizenship does not extinguish the Court's responsibility to determine, on its own review of the pleadings, whether subject matter jurisdiction exists." (internal quotation marks omitted)).  For the purpose of diversity jurisdiction, "a statement of the parties' residence is insufficient to establish their citizenship."  *Leveraged Leasing Admin. Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44, 47 (2d Cir. 1996); *see also, e.g.*, *Linardos v. Fortuna*, 157 F.3d 945, 948 (2d Cir. 1998) ("For purposes of diversity jurisdiction, a party's citizenship depends on his domicile."); *Canedy v. Liberty Mut. Ins. Co.*, 126 F.3d 100, 103 (2d Cir. 1997) ("[A]llegations of residency alone cannot establish citizenship . . . .").

Accordingly, no later than **April 30, 2026**, Plaintiffs shall file an amended complaint properly alleging the *citizenship* of each party to this action.  If, by that date, Plaintiffs do not file an amended complaint establishing this Court's subject-matter jurisdiction, the Court will dismiss the case without prejudice and without further notice to any party.

        SO ORDERED.

Dated: April 23, 2026
        New York, New York                                _____
                                                                      JESSE M. FURMAN
                                                                 United States District Judge